IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR-62 |
| | § | Judge ALM/AGD |
| GILDA ROSENBERG (01) | § | |

## WAIVER OF INDICTMENT

I, **GILDA ROSENBERG**, the above-named defendant, who is accused of violating 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud, being duly advised of the nature of the charge, the proposed Information, and of my rights, hereby waive in open court on __6/20/2024__ (date) prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
GILDA ROSENBERG
Defendant

_____
BRUCE ZIMET
Attorney for Defendant

Before _____
Judicial Officer

Waiver of Indictment
Page 1