# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | CASE NUMBER 4:24CR062 |
| GILDA ROSENBERG § | |

### ORDER GRANTING CONTINUANCE OF SENTENCING HEARING

Before the Court is Defendant's Unopposed Motion to Continue Sentencing (Dkt. #18) wherein Defendant requests that this Court grant a continuance of the sentencing of Defendant Gilda Rosenberg. Having considered the Motion, the Court is of the opinion that said motion should be **GRANTED**.

It is therefore **ORDERED** that Defendant's Unopposed Motion to Continue Sentencing (Dkt.# 18) is **GRANTED** and the sentencing is rescheduled to Tuesday, *April 29, 2025 at 10:15 a.m.* before the undersigned.

**IT IS SO ORDERED**.

SIGNED this 5th day of November, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE